**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                            Case No. 02-CR-80241

JOEL GARCIA SESMA,

      Defendant.

_____/

### ORDER FORFEITING DEFENDANT'S BOND

On March 7, 2002, Defendant Joel Garcia Sesma posted a $12,500 pretrial cash

bond.  On June 20, 2002, United States District Judge Paul D. Borman found that

Defendant had violated the terms of his bond and ordered that the bond be forfeited.

Accordingly, IT IS ORDERED that Defendant's $12,500 cash bond will be

forfeited to the United States on January 16, 2009.

IT IS FURTHER ORDERED that the clerk notify Defendant of this order forthwith

by mailing a copy to his last known address of:

2412 E. Cameron Vista, Tuscan, AZ 85713.

                            S/Robert H. Cleland
                           ROBERT H. CLELAND
                           UNITED STATES DISTRICT JUDGE

Dated:  December 10, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 10, 2008, by electronic and/or ordinary mail.

   S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522