UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

    Plaintiff,

v.                                      Case No. 02-CR-80241

JOEL GARCIA SESMA,

    Defendant.
                            /

**AMENDED ORDER FORFEITING DEFENDANT'S BOND**

On March 7, 2002, Defendant Joel Garcia Sesma posted a $12,500 pretrial cash bond. On June 20, 2002, United States District Judge Paul D. Borman found that Defendant had violated the terms of his bond and ordered that the bond be forfeited. On December 10, 2008, this court entered an order forfeiting $12,500 of Defendant's bond. The court was subsequently informed that the bond has accumulated interest in the amount of $22.98.

Accordingly, IT IS ORDERED that Defendant's $12,500 cash bond, including $22.98 of interest, will be forfeited to the United States on February 12, 2009.

IT IS FURTHER ORDERED that the clerk notify Defendant of this order forthwith by mailing a copy to his last known address.

                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: February 3, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 3, 2009, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522